**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | | |
|---|---|---|
| **MARVIN CHAMPION,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| v. | § | CAUSE NO. 6:09-cv-00480 |
| | § | |
| **SLM CORPORATION d/b/a SALLIE MAE SERVICING CORPORATION and/or USA FUNDS, ET AL,** | § § § | |
| | § | |
| **Defendants.** | § | |

**DEFENDANT SLM CORPORATION d/b/a SALLIE MAE SERVICING CORPORATION'S CERTIFICATE OF FINANCIALLY INTERESTED PARTIES**

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW, Defendant SLM CORPORATION d/b/a SALLIE MAE SERVICING CORPORATION, and hereby files this its Certificate of Financially Interested Parties. The following are individuals and companies known to have a direct financial interest in the outcome of this litigation.

> Marvin Champion, Pro Se Plaintiff
> 521 South Bois d'Arc St.
> Tyler, TX 75702-8004
> *Plaintiff*

> SLM Corp., d/b/a Sallie Mae Servicing Corp.
> 12061 Bluemont Way
> Reston, VA 20190
> *Defendant*

> USA Funds
> 10475 Crosspoint Blvd., Suite 230
> Indianapolis, IN 46256-3323
> *Defendant*

There are no other persons, firms, partnerships, corporations, affiliates, parent corporations or other entities that are financially interested in this litigation other than the above named parties.

Respectfully submitted:

**BUSH AND RAMIREZ**

*//s// Keith Wier*
Keith Wier; SBN:  21436100
Fed. ID No.:  7930
24 Greenway Plaza Suite 1700
Houston, Texas 77046
Telephone No. (713) 626-1555
Facsimile No. (713) 622-8077

**ATTORNEY FOR DEFENDANT
SLM CORPORATION d/b/a SALLIE MAE
SERVICING CORPORATION**

### CERTIFICATE OF SERVICE

I hereby certify that on the 21st day of October, 2009, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Marvin Champion, Pro Se Plaintiff
521 South Bois d'Arc St.
Tyler, TX 75702-8004

*//s// Keith Wier*
Keith Wier