IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| MARVIN CHAMPION | § | |
| --- | --- | --- |
| | § | |
| v. | § | NO. 6:09-cv-480 |
| | § | |
| SLM CORP., et at., | § | |

**ORDER ADOPTING REPORT AND
RECOMMENDATION OF MAGISTRATE JUDGE**

The above entitled and numbered civil action was referred to United States Magistrate Judge John D. Love pursuant to 28 U.S.C. § 636. The Report and Recommendation of the Magistrate Judge ("Report"), which contains his recommendation denying Plaintiff's motion for default judgment has been presented for consideration. (Doc. No. 37). Plaintiff has filed objections to the Order. (Doc. No. 43). The Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct. Therefore, the Court overrules Plaintiff's objections and hereby adopts the Report of the United States Magistrate Judge as the findings and conclusions of this Court.

**So ORDERED and SIGNED this 11th day of April, 2011.**

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**

1